**File Hashes for IP Address 24.15.7.133**

**ISP:** Comcast Cable
**Physical Location:** Westmont, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/27/2013 11:09:46 | 1AC23122A8B10AFE4F7CEF1B6746428096E0B9E4 | Tuesday Morning |
| 02/23/2013 14:18:33 | 1C96F93F199EF8E6B46EE022A6372962731F429E | Black and White |
| 02/16/2013 13:40:39 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 01/30/2013 02:20:04 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/23/2013 12:02:59 | 39769BA0D594D2A9472C112203F5E9BB87E301D6 | Then They Were Three |
| 01/07/2013 03:29:38 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/30/2012 14:37:26 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/27/2012 13:23:41 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 03/03/2012 22:44:05 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

NIL56